# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| HORIZON PHARMA USA, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>ENVISION PHARMACEUTICAL SERVICES, LLC, a Nevada limited liability company; ENVISION PHARMACEUTICAL SERVICES, an Ohio limited liability company,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>C.A. No.: N16C-11-126 EMD CCLD |

## ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' RULE 12(B)(1) MOTION TO DISMISS OR STAY

Upon consideration of Defendants' Rule 12(b)(1) Motion to Dismiss or Stay (the "Motion") filed by Defendants Envision Pharmaceutical Services, LLC, a Nevada limited liability company, and Envision Pharmaceutical Services, an Ohio limited liability company ("Envision") on December 26, 2016; Horizon's Opposition to Defendants' Motion to Dismiss or Stay filed by Plaintiff Horizon Pharma USA, Inc. on January 24, 2017; Defendants' Reply Brief in Support of Their Motion to Dismiss or Stay filed by Envision on February 14, 2017; the arguments presented on the Motion on May 8, 2017; and the entire record of this civil action;

**IT IS HEREBY ORDERED** that the Motion is **DENIED**, without prejudice, for all the reasons stated on the record at the May 8, 2017 hearing; and

**IT IS HEREBY FURTHER ORDERED** that Defendants' timeframe to file an Answer to Plaintiff's complaint is **STAYED** until 10 days after a Rule 16 Scheduling Conference; and

**IT IS HEREBY FURTHER ORDERED** that the Court will contact the parties to schedule the Rule 16 Scheduling Conference and that the parties shall meet and confer prior to the conference as discussed on the record at the May 8, 2017 hearing.

Dated: May 9, 2017
Wilmington, Delaware

_____
Eric M. Davis, Judge

CC:     File&Serve